UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2224

_____

GABRIEL BUSA,
                                        Appellant

v.

TOWNSHIP OF GLOUCESTER; MAYOR AND COUNCIL
OF THE TOWNSHIP OF GLOUCESTER; DAVID MAYER

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 10-cv-1396)
District Judge:  Hon. Joseph E. Irenas

_____

Submitted Under Third Circuit LAR 34.1(a)
January 13, 2012

Before:  McKEE, *Chief Judge,* FUENTES, and JORDAN, *Circuit Judges.*

_____

ORDER AMENDING OPINION
_____

IT IS ORDERED that the above captioned opinion, filed January 23, 2012, be amended as follows:

Page 6, the second paragraph, sentence beginning "The Director in the Township …" shall deleted and replaced with:

> The Director in the Township of Gloucester also "[d]evelops, administers, and implements a variety of public works programs" (*id*.), supervises employees (Busa Dep. Tr. 48:10-11, App. at 123), is responsible for the divisions of streets,

sanitation, and parks and playgrounds, and submits budget requests to the Mayor, *see* N.J. Stat. Ann. § 40:69A-45.

          /s/   Kent A. Jordan
          Circuit Judge

DATED: January 31, 2012